**SWAIM v. SIMPSON**

[343 N.C. 298 (1996)]

RICKEY A. SWAIM v. ELMER LARRY SIMPSON AND WIFE, JOAN K. SIMPSON

No. 562A95

(Filed 10 May 1996)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) of the decision of a divided panel of the Court of Appeals, 120 N.C. App. 863, 463 S.E.2d 785 (1995), reversing the judgment granting plaintiff's motion for summary judgment entered by Osborne, J., at the 29 August 1994 Civil Session of Superior Court, Yadkin County. Heard in the Supreme Court on 11 April 1996.

*Shore Hudspeth & Harding, P.A., by N. Lawrence Hudspeth, III, and Douglas P. Mayo, for plaintiff-appellant.*

*Morrow, Alexander, Tash & Long, by C.R. "Skip" Long, Jr., for defendant-appellees.*

PER CURIAM.

AFFIRMED.